### COMMONWEALTH of Pennsylvania, Appellee

v.

### Earl WILSON, Appellant.

Supreme Court of Pennsylvania.

Argued April 15, 2009.
Decided April 29, 2009.

Lori L. Mach, Esq., Karl Baker, Esq., Defender Association of Philadelphia, Philadelphia, for Earl Wilson.

· Hugh J. Burns, Jr., Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

CASTILLE, and SAYLOR, EAKIN, BAER, TODD, McCAFFERY and GREENSPAN, JJ.

### ORDER

PER CURIAM.

The order of the Superior Court is hereby **AFFIRMED.**